# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JVINI FASHION USA, INC., *et al.*,<br><br>Defendants. | Case No.: CV 18-558-GW(AGRx)<br>*Hon. George H. Wu Presiding*<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear its own attorney fees and costs, and the Court will retain jurisdiction to enforce the settlement agreement entered into in this matter. This dismissal may be converted later into a dismissal with prejudice upon clearance of settlement tender.

SO ORDERED.

Dated: May 16, 2018        By: _____
                                              HONORABLE GEORGE H. WU
                                              U.S. DISTRICT JUDGE