# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNICOLORS, INC.,

Plaintiff,

vs.

JVINI FASHION USA, INC., *et al.*,

Defendants.

Case No.:  CV 18-558-GW(AGRx)
*Hon. George H. Wu Presiding*

**ORDER ON   STIPULATION OF DISMISSAL WITH PREJUDICE**

1

1

<u>ORDER:</u>

2    FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY

3 ORDERED:

4    This action is hereby dismissed with prejudice as to all Defendants pursuant to

5 Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear its own attorney fees and costs,

6 and the Court will retain jurisdiction to enforce the settlement agreement entered into

7 in this matter.

8    <u>SO ORDERED.</u>

9

10 Dated: July 25, 2018            By: _____

11                                     HONORABLE GEORGE H. WU
                                       U.S. DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          2